Submitted on petition for review filed July 8 of order allowing attorney fees dated May 4, petition for review allowed, the decision of the Court of Appeals reversed and remanded to Court of Appeals for further consideration November 30, 1988

STATE OF OREGON,
*Respondent on Review,*

*v.*

ROBERT EUGENE HALL,
*Appellant,*

LAURA GRASER,
*Petitioner on Review.*

(TC No. M 70657; CA A45763; SC S35343)

764 P2d 924

Laura Graser, Portland, for petitioner on review.

No appearance *contra.*

Before Lent, Presiding Justice,* and Linde, Campbell, Carson, Jones, and Gillette, Justices.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for further consideration in light of our decision in *State v. Longjaw,* 307 Or 47, 761 P2d 1331 (1988).

---

* Lent, Presiding Justice, retired September 30, 1988.